**SUSAN MARTIN (AZ#014226)**
**JENNIFER KROLL (AZ#019859)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Ave. Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
jkroll@martinbonnett.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York  10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Nader Saleh, Individually and On Behalf of All Others Similarly Situated, | Case No.:  CV 14-00877-PHX-SRB |
| Plaintiff, | |
| v. | |
| Apollo Education Group, Inc., Gregory W. Capelli and Brian L. Swartz, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Vladislav Kandinov ("Plaintiff") hereby voluntarily dismisses this action as to Plaintiff only, without prejudice, as to Defendants Apollo Education Group, Inc., Gregory W. Capelli, and Brian L. Swartz (collectively,

1  "Defendants").  As grounds thereof, Plaintiff states that no defendant has appeared in this
2  action, and no answer or motion for summary judgment has been filed.
3      RESPECTFULLY SUBMITTED this 12th day of November, 2014.

**MARTIN & BONNETT, P.L.L.C.**
By:  s/Jennifer Kroll
 Susan Martin
 Jennifer L. Kroll
 1850 N. Central Ave. Suite 2010
 Phoenix, AZ 85004
 (602) 240-6900

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2014, I electronically filed the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David B. Rosenbaum
Maureen Beyers
Joseph N. Roth
Osborn Maledon, P.A.
2929 North Central Ave., Suite 2100
Phoenix, AZ 85012-2794

s/T. Mahabir